

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00807-CV

**IN THE INTEREST OF J.M.T., A CHILD**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00140
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

On January 2, 2020, because the appellate record does not contain a final order, we ordered Appellant Dad to show cause in writing by January 12, 2020, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We warned Appellant that if he did not timely provide written proof as ordered, this appeal would be dismissed. *See id.*

Before the due date, Appellant filed a motion for extension of time to file written proof that the trial court has signed a final order and this court has jurisdiction in this appeal.

Appellant's motion is GRANTED. We ORDER Appellant to cause a signed final order to be filed in this court within TEN DAYS of the date of this order. If no final order is filed as ordered, **this appeal will be dismissed for want of jurisdiction without further notice.**

All other appellate deadlines remain SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court